UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MENAHEN FRIEDMAN, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

ALLTRAN FINANCIAL, LP,

    Defendant.

**SO ORDERED**

Case No. 1:23-cv-08152-AER-JRC

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff, Menahen Friedman, and Defendant, Alltran Financial, LP, by and through undersigned counsel, do hereby stipulate to the dismissal with prejudice of this entire action. Each party is to bear its own fees and costs.

Date: March 7, 2024

Respectfully submitted,

/s/ Rami Salim
Rami Salim, Esq.
STEIN SAKS, PLLC
One University Plaza, Ste. 620
Hackensack, NJ 07601
Ph: 201-282-6500 ext. 122
Fax: 201-282-6501
rsalim@steinsakslegal.com
*Counsel for Plaintiff*

[signature]
Jay I. Brody, Esq. (#5254727)
SESSIONS, ISRAEL & SHARTLE, LLC
180 Riverside Blvd., # 302
New York, NY 10069
Telephone: (646) 921-7677
Facsimile: (877) 334-0661
Email: jbrody@sessions.legal
*Counsel for Defendant,*
*Alltran Financial, LP*

So Ordered: Date 4/22/2024
/s/ Ramón E. Reyes, Jr.
U.S. District Judge, E.D.N.Y.

The Clerk of the Court is directed to close the case.